UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| D'LISA WILLIAMS | * | CIVIL ACTION NO. 17-0929 |
| VERSUS | * | UNASSIGNED DISTRICT JUDGE |
| UNITED SPECIALITY INSURANCE CO., ET AL. | * | MAGISTRATE JUDGE KAY |

## ORDER

This matter was referred to United States Magistrate Judge Kathleen Kay for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation (Record Document 16) is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Remand (Record Document 12) is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 20th day of November, 2017.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT